FILED

2025 JUN 16  AM 10: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____ MPV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.                            PLAINTIFF | 2:25-MJ-03634-DUTY |
| THOMAS GUZMAN | REPORT COMMENCING CRIMINAL |
| DEFENDANT | ACTION |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest:  6/12/2025 at 7:08 P.M.    ☐ AM  ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):    ☐ Yes    ☒ No    350 W. 1st St., LA (USMS Lockup)

4.  Charges under which defendant has been booked:

    18 U.S.C. § 111 (1)(a)(b), Assault

5.  Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6.  Interpreter Required:    ☒ No    ☐ Yes    Language: _____

7.  Year of Birth:  1995

8.  Defendant has retained counsel:    ☒ No
    ☐ Yes    Name: _____    Phone Number: _____

9.  Name of Pretrial Services Officer notified:  Duty Officer

10.  Remarks (if any): _____

11.  Name:  Thomas Smith, Special Agent    (please print)

12.  Office Phone Number:  505-386-9001 (Cell)    13.  Agency:  Federal Protective Service

14.  Signature:  THOMAS J SMITH  Digitally signed by THOMAS J SMITH  Date: 2025.06.15 23:06:14 -07'00'    15.  Date:  6/16/2025

CR-64 (2/14)    REPORT COMMENCING CRIMINAL ACTION