| | |
|---|---|
| 1 | CUAUHTEMOC ORTEGA (Bar No. 257443) |
| | Federal Public Defender |
| 2 | REID ROWE (Bar No. 321498) |
| | (E-Mail: reid_rowe@fd.org) |
| 3 | Deputy Federal Public Defender |
| | 321 East 2nd Street |
| 4 | Los Angeles, California 90012-4202 |
| | Telephone: (213) 894-2856 |
| 5 | Facsimile: (213) 894-0081 |

Attorneys for Defendant
THOMAS GUZMAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-03634-DUTY |
|---|---|
| Plaintiff, | **NOTICE OF REASSIGNMENT** |
| v. | |
| THOMAS GUZMAN, | |
| Defendant. | |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Reid Rowe has been assigned to represent Defendant Thomas Guzman in place and stead of Deputy Federal Public Defender Charles James Snyder.

Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender Reid Rowe receives all e-mails relating to filings in this case.

                                          Respectfully submitted,

                                          CUAUHTEMOC ORTEGA
                                          Federal Public Defender

DATED: July 8, 2025        By  */s/ Reid Rowe*
                                          Reid Rowe
                                          Deputy Federal Public Defender