# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. **CR 25-00543-FMO** | Date **July 17, 2025** |
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Interpreter | None |

| Vanessa Figueroa | Maria Bustillos | Scott Paetty |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| THOMAS GUZMAN | X | | X | R. Reid Rowe, DFPD | X | X | |

**Proceedings:   Arraignment of Defendant on Information; Entry of Plea on Information**

Defendant is arraigned and states his true name is as charged. Defendant acknowledges receipt of the Information, and waives reading of the document. Defendant's Waiver of Indictment is reviewed and approved by the court.

Defendant moves to enter his guilty plea to the single-count Information. Defendant is sworn and enters his plea of guilty to the single-count Information.

The court questions defendant regarding his plea of guilty and finds it to be knowledgeable and voluntary. The court orders the plea accepted and entered.

Defendant is referred to the U.S. Probation Office for a full Pre-Sentence Report. Sentencing is set for **October 30, 2025, at 3:00 p.m.**  All previously scheduled dates in connection with this defendant are hereby vacated.

The government shall file its sentencing position papers at least 17 calendar days prior to the sentencing date. Defendant shall file his sentencing position papers no later than 10 calendar days prior to the sentencing date. Failure to file position papers by their due date may result in a continuance of the sentencing date and/or the imposition of sanctions. With the exception of letters of support, no supplemental sentencing papers may be filed without leave of the court.

cc:    U.S. Probation Office

                                                                                                        00  :  22
                                                                                Initials of Deputy Clerk   vdr